# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bernthal, David G. | U.S. District Court, CD/IL | 5/8/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

114 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (Successor) | Trust #1 (See Notes Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/87 | Deferred Compensation Plan, State of Illinois (former employee) (See Notes Part VIII) |
| 2. | 1/09 | State Universities Retirement System of Illinois (SURS) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/8/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-Employed (Real Estate Broker) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | IPLAC (Intellectual Property Law Association of Chicago) | 2/8/13 - 2/9/13 | Chicago, IL | Moot Court Competition | Lodging/Parking/Mileage |
| 2. | Re/Max Realty Associates | 2/25/13-3/1/13 | Las Vegas, NV | Accompany Spouse to Convention | Air Fare/Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bernthal, David G. | 5/8/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Marine Bank | A | Interest | J | T | | | | | |
| 2. Angeles Partners XIV Limited Partnership | A | Rent | J | W | | | | | |
| 3. Busey Bank Account | A | Interest | J | T | | | | | |
| 4. Busey Bank Account | A | Interest | J | T | | | | | |
| 5. Busey Bank Account | A | Interest | J | T | | | | | |
| 6. Busey Bank Account | A | Interest | J | T | | | | | |
| 7. Busey Bank Account | A | Interest | J | T | | | | | |
| 8. Busey Bank Account | A | Interest | N | T | | | | | See Note Pt. VIII |
| 9. Concesco, Inc. Note Due 10/15/2006 (IRA) | A | Interest | J | T | | | | | See Note Pt. VIII |
| 10. DFA Intl Small Co Port Fund (IRA) DFISX | A | Dividend | | | Sold | 04/10/13 | J | | |
| 11. DFA Intl Lg Value Portfolio (IRA) DFIVX | B | Dividend | | | Sold | 04/10/13 | K | | |
| 12. DFA Real Estate Securities Portfolio (IRA) DFREX | A | Dividend | | | Sold | 04/10/13 | K | | |
| 13. DFA US Small XM Value Portfolio (IRA) DFFVX | A | Dividend | | | Sold | 04/10/13 | L | C | |
| 14. DFA Five Year Govt Portfolio (IRA) DFFGX | A | Dividend | | | Sold | 04/10/13 | K | C | |
| 15. DFA Emerging MKTS Val Portfolio (IRA) DFEX | A | Dividend | | | Sold | 04/10/13 | K | C | |
| 16. DFA US Large Value Portfolio (IRA) DFLVX | B | Dividend | | | Sold | 04/10/13 | L | B | |
| 17. DFA Two-Year Global Fixed Income Portfolio (IRA) DFGFX | A | Dividend | | | Sold | 04/10/13 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA Emerging MKTS Smcap Portfolio (IRA) DEMSX | A | Dividend | | | Sold | 04/10/13 | K | C | |
| 19. DFA Emerging MKTS Portfolio (IRA) DFEMX | A | Dividend | | | Sold | 04/10/13 | K | A | |
| 20. DFA One Year Fixed Income Portfolio (IRA) DFIHX | A | Dividend | | | Sold | 04/10/13 | L | A | |
| 21. DFA Intl Smallcap Value Portfolio (IRA) DISVX | A | Dividend | | | Sold | 04/10/13 | K | | |
| 22. DFA US Large Co Portfolio (IRA) DFUSX | B | Dividend | | | Sold | 04/10/13 | M | C | |
| 23. DFA US Micro Cap Portfolio (IRA) DFSCX | A | Dividend | | | Sold | 04/10/13 | K | A | |
| 24. T. Rowe Price Retirement 2010 Fund | A | Dividend | L | T | | | | | |
| 25. DFA Emerging Markets Fund (IRA) DFEMX | A | Dividend | | | Sold | 10/11/13 | J | A | |
| 26. DFA Emerging Markets S Fund (IRA) DEMSX | A | Dividend | | | Sold | 10/11/13 | J | | |
| 27. DFA Emerging Markets V Fund (IRA) DFEVX | A | Dividend | | | Sold | 10/11/13 | J | | |
| 28. DFA Int'l Small Cap Value Fund (IRA) DISVX | A | Dividend | | | Sold | 10/11/13 | J | A | |
| 29. DFA Int'l Small Company Fund (IRA) DFISX | A | Dividend | | | Sold | 10/11/13 | J | A | |
| 30. DFA Int'l Value Fund (IRA) DFIVX | A | Dividend | | | Sold | 10/11/13 | J | A | |
| 31. DFA Real Estate Securities Fund (IRA) DFREX | A | Dividend | | | Sold | 10/11/13 | J | A | |
| 32. DFA US Large Cap Value Fund (IRA) DFLVX | A | Dividend | | | Sold | 10/11/13 | J | A | |
| 33. DFA US Micro Cap Fund (IRA) DFSCX | A | Dividend | | | Sold | 10/11/13 | J | A | |
| 34. DFA US Small Cap Value Fund (IRA) DFSVX | A | Dividend | | | Sold | 10/11/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Cash Reserves | A | Interest | | | Closed | 04/10/13 | J | A | See Note Pt. VIII |
| 36. Fidelity Cash Reserves ▓ | A | Interest | | | Closed | 09/30/13 | K | A | See Note Pt. VIII |
| 37. DFA US Core Equity II DFQTX (IRA) | B | Dividend | | | Sold | 04/10/13 | L | E | |
| 38. Vanguard Inflations Protected Secs VIPSX (IRA) | B | Dividend | | | Sold | 04/22/13 | K | C | |
| 39. DFA Int'l Core Equity DFIEX (IRA) | B | Dividend | | | Sold | 04/16/13 | L | C | |
| 40. State Universities Retirement System | A | Interest | J | T | | | | | |
| 41. Busey Bank Account | A | Interest | J | T | | | | | |
| 42. DFA Emerging Mkts Core DFCEX | A | Dividend | | | Sold | 04/10/13 | J | A | |
| 43. DFA Int'l Core DFIEX ▓ | A | Dividend | | | Sold | 10/11/13 | J | A | |
| 44. DFA US Core EQII DFQTX ▓ | A | Dividend | | | Sold | 10/11/13 | J | B | |
| 45. DFA Five Year Global Fixed, Inc. DFGBX (IRA) | A | Dividend | | | Sold | 04/10/13 | J | A | |
| 46. Trust #1 | D | Int./Div. | | | Sold | 12/20/13 | N | E | See Note Pt. VIII |
| 47. ---Busey Bank | | | | | | | | | |
| 48. ---Morgan Stanley Bank NA | | | | | | | | | |
| 49. ---National Repulic Bank of Chicago CD | | | | | | | | | |
| 50. ---Flagstar Bank, FSB, Troy, MI CD | | | | | | | | | |
| 51. ---Cardinal Bank, McClean, VA CD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Wells Fargo Bank, NA, Siox Falls, SD CD | | | | | | | | | |
| 53. ---American CAP, Inc. Builder A (CAIBX) Mutual Fund | | | | | | | | | |
| 54. ---American CAP WRLD GR & INC A (CWGIX) Mutual Fund | | | | | | | | | |
| 55. ---American, Inc. FD of America (AMECX) Mutual Fund | | | | | | | | | |
| 56. ---EV Global Macro Absolute Ret C (ELGMX) Mutual Fund | | | | | | | | | |
| 57. ---Pimco Income C (PONCX) Mutual Fund | | | | | | | | | |
| 58. ---Templeton Global Bond FD C (TEGBX) Mutual Fund | | | | | | | | | |
| 59. MFS Value Fund Class 1 MEIIX (IRA) | B | Dividend | L | T | Buy | 04/18/13 | L | | |
| 60. Leader Short Term Fund Bond Institutional Fund LCCIX (IRA) | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 61. Parnassus Mid-Cap Fund PARMX (IRA) | A | Dividend | L | T | Buy | 04/16/13 | K | | |
| 62. Principal Global Real Estate Securities Fund POSPX (IRA) | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 63. Putnam Absolute Return 700 Fund Class Y PDMYX (IRA) | B | Dividend | | | Buy | 04/16/13 | K | | |
| 64. Putnam Absolute Return 700 Fund Class Y PDMYX (IRA) | B | Dividend | | | Sold | 09/13/13 | K | | |
| 65. Virtus Multi-Sector Short Term Bond Fund Class 1 PIMSX (IRA) | B | Dividend | K | T | Buy | 04/16/13 | K | | |
| 66. Templeton Global Bond Fund Advisor Class TGBAX (IRA) | A | Dividend | J | T | Buy | 04/18/13 | J | | |
| 67. New World Fund Class F-2 NFFFX (IRA) | A | Dividend | K | T | Buy | 04/17/13 | K | | |
| 68. Prudential Absolute Return Bond Fund Class Z PADZX (IRA) | A | Dividend | K | T | Buy | 04/17/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TCW Select Equities FD Class 1 TGCEX (IRA) | B | Dividend | L | T | Buy | 04/16/13 | L | | |
| 70. Transamerica Emerging Markets Debt Fund Class 1 EMTIX (IRA) | A | Dividend | | | Buy | 04/16/13 | J | | |
| 71. Transamerica Emerging Markets Debt Fund Class 1 EMTIX (IRA) | A | Dividend | | | Sold | 09/17/13 | J | | |
| 72. Putnam Convertible Securities Fund Class Y PCGYX (IRA) | A | Dividend | K | T | Buy | 09/17/13 | K | | |
| 73. Oppenheimer Senior Floating Rate Fund Class Y OOSYX (IRA) | B | Dividend | K | T | Buy | 04/16/13 | K | | |
| 74. Mainstay Marketfield Fund Class I MFLDX (IRA) | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 75. The Oakmark International Fund Class 1 OAKIX (IRA) | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 76. Franklin International Small Cap Growth Fund Advisor Class FKSCX (IRA) | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 77. Eaton Vance Floating Rate Advantage FD Class 1 EIFAX (IRA) | B | Dividend | K | T | Buy | 04/16/13 | K | | |
| 78. TCW Dividend Focused Fund Class N TGIGX (IRA) | B | Dividend | L | T | Buy | 04/16/13 | L | | |
| 79. Ridgeworth High Income Fund Class 1 STHZX (IRA) | B | Dividend | K | T | Buy | 04/17/13 | K | | |
| 80. Oppenheimer International Growth Fund Class Y OIGYX (IRA) | A | Dividend | K | T | Buy | 04/17/13 | K | | |
| 81. Virtus Multi-Sector Short Term Bond Fund Class 1 PIMSX (IRA) | A | Dividend | K | T | Buy | 04/23/13 | K | | |
| 82. T. Rowe Price New Horizons PRNHX (IRA) | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 83. Principal Midcap Fund Class P PMCPX (IRA) | A | Dividend | L | T | Buy | 04/16/13 | K | | |
| 84. Pimco Income Fund Class D PONDX (IRA) | B | Dividend | K | T | Buy | 04/16/13 | K | | |
| 85. Alliance Bernstein High Income Fund Advisor Class AGDYX (IRA) | C | Dividend | K | T | Buy | 04/16/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Alliance Bernstein High Income Fund Advisor Class AGDYX (IRA) | C | Dividend | K | T | Buy | 04/23/13 | K | | |
| 87. Fidelity Advisor New Insights Fund Class 1 FINSX (IRA) | B | Dividend | L | T | Buy | 04/18/13 | L | | |
| 88. Hancock Horizon Family Burkenroad Fund Class D HYBUX (IRA) | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 89. Transamerica Short-Term Bank Fund TSTIX (IRA) | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 90. T. Rowe Price Stable Return Fund (IRA) | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 91. Lord Abbott Large Cap Core Stra.Sep. (IRA) | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 92. Pershing Government Account (IRA) | A | Interest | J | T | Open | 04/16/13 | J | | |
| 93. Calamos Evolving World Growth Fund CNWIX | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 94. Hancock Horizon Family Burkenroad Fund HYBUX | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 95. MFS International Value Fund MINIX ) | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 96. T. Rowe Price Extended Equity Market Index PEXMX | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 97. Sun America Focused Dividend Strategy Fund FDSWX | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 98. Eaton Vance Floating Rate Fund EABLX | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 99. Leader Short Term Bond Fund LCCIX | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 100. Goldman Sachs Strategic Income Fund GSZIX | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 101. Ivy High Income Fund IVHIX | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 102. Sun America Focused Dividend Strategy Fund FDSWX | A | Dividend | J | T | Buy | 10/03/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Invesco Equally Weighted S&P 500 Fund VADDX | A | Dividend | J | T | Buy | 10/07/13 | J | | |
| 104. Pershing Government Account | A | Interest | J | T | Open | 10/11/13 | J | | |
| 105. Pershing Government Account | A | Interest | J | T | Open | 11/01/13 | J | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/8/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS and VII. INVESTMENTS and TRUSTS ---

Line 46 in Section (VII) - Trust #1 was closed per its terms. Proceeds transferred in accordance with trust directive. Proceeds held in Busey Bank Account (Section VII, Line 8) for remainder of reporting period.

II. AGREEMENTS -

1. Deferred Compensation Plan - I am no longer contributing or participating in the plan. Administrators will hold previous contributions pursuant to an irrevocable election.

VII. INVESTMENTS and TRUSTS ---

Line 9 Conseco Note reported in default.

NOTE - Reporting person and ▮▮▮▮ changed investment advisors during the reporting period. This explains the higher than usual sales and purchases. (Transfer of investments not permitted.)

The Fidelity Cash Reserves listed on Lines 35 and 36 of Part VII were money market accounts to hold cash in the respective investment accounts. They were closed as part of the change in advisors. The cash holding money market accounts managed by the new advisor are listed as Pershing Government Account (See Lines 92, 104, and 105).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David G. Bernthal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544